USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 21, 2018

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,

    Plaintiff,

– against –

INTERNATIONAL PASTRY CONCEPTS, LLC,

    Defendant.

**ECF Case**

**1:18-cv-04184-PAC**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Brian Fischler and defendant International Pastry Concepts, LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

ACTIVE\61136734.v1

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
August 7, 2018

LIPSKY LOWE LLP

By: _____
Christopher H. Lowe, Esq.
630 3rd Avenue, Fifth Floor
New York, New York 10017-6705
Telephone: (212) 392-4722
Facsimile: (212) 444-1030
Email: chris@lipskylowe.com
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
Carolyn D. Richmond, Esq.
Jordan E. Pace, Esq.
101 Park Avenue, Suite 1700
New York, New York 10178
Telephone: (212) 878-7900
Facsimile: (212) 692-0940
Email: crichmond@foxrothschild.com
            jpace@foxrothschild.com
*Attorneys for Defendants*

SO ORDERED: _____  8/21/18
PAUL A. CROTTY, U.S.D.J.